UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO SOTO, | 1:07-cv-01680-OWW-SMS PC |
|       Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 8) |
| vs. | |
| MATTHEW C. KRAMER, et al., | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE** |
|       Defendants. | |

Plaintiff Fernando Soto ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 29, 2008, the Magistrate Judge filed a Findings and Recommendation herein which was served plaintiff with notice to the parties that any objection to the Findings and Recommendation was to be filed within thirty days. To date, plaintiff has not filed an objection.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on February 6, 2008, as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service

1

Case 1:07-cv-01680-OWW-SMS   Document 10   Filed 03/21/08   Page 2 of 2

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 29, 2008, is ADOPTED in full; and,

2. This action is DISMISSED, without prejudice, for plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:    March 21, 2008**                       **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

---

at a party's prior address is fully effective. <u>See</u> Local Rule 83-182(f).

2